FILED
03 SEP -9 AM 8:32
U.S. DISTRICT COURT
N D OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY TYLER RAYFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CV 01-C-2783-S | ENTERED |
| | ) | |
| A.L. GARRETT, et al., | ) | SEP 9 2003 |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

This is a civil action pursuant to 42 U.S.C. § 1983 filed by plaintiff, Jeffrey Tyler Rayfield, on October 31, 2001, alleging that his constitutional rights were violated while he was incarcerated in St. Clair Correctional Facility. In his *pro se* complaint, plaintiff names Assistant Warden A.L. Garrett, Captain Robert Simmons, and Lieutenant Jimmy Patrick as defendants. On August 6, 2003, the magistrate judge entered a report and recommendation, recommending summary judgment be granted to defendants Garrett, Simmons, and Patrick. Plaintiff filed objections to the report and recommendation on August 25, 2003.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. The court finds that defendants' motion for summary judgment is due to be GRANTED as follows:

1. The court EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendants Garrett, Simmons, and Patrick violated plaintiff's right to due process of law. Therefore, defendants Garrett, Simmons, and Patrick are entitled to judgment as a matter of law.

Accordingly, the motion for summary judgment filed by defendants Garrett, Simmons, and Patrick is due to be GRANTED and this claim is due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DATED this 8th day of September, 2003.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE